IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VIVIAN STEINACKER | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: AMD 97-3951 |
| BRISTOL-MYERS SQUIBB CO., et al., | ) |
| Defendants. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 101.2 (b), please withdraw the appearance of James L. Shea and Dino S. Sangiamo, Venable, Baetjer & Howard, LLP, 1800 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, Maryland 21201 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc. and enter the appearance of Richard A. Dean and Michael J. Pollack, Arter & Hadden LLP, 1801 K Street, N.W., Suite 400K, Washington, D.C. 20006 as counsel of record for Defendants Bristol-Myers Squibb Co., CooperSurgical, Inc., Medical Engineering Corp., Surgitek, Inc. and The Cooper Companies, Inc., f/k/a CooperVision, Inc.

Leave of Court is requested pursuant to Local Rule 101.2(b).

| | |
|---|---|
| James L. Shea | Richard A. Dean |
| Dino S. Sangiamo | ARTER & HADDEN LLP |
| VENABLE, BAETJER & HOWARD, LLP | 1801 K Street, N.W. |
| 1800 Mercantile Bank & Trust Building | Suite 400K |
| 2 Hopkins Plaza | Washington, D.C. 20006 |
| Baltimore, Maryland 21201 | (202) 775-7100 |
| (410) 244-7400 | |

APPROVED: _____  8/7/2000



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Substitution of Counsel was served on this 31st day of July, 2000 by first-class mail, postage paid on the following:

>Michael Gallant, Esquire
>Ashcraft & Gerel, LLP
>2000 L Street, N.W., Suite 400
>Washington, D.C. 20036
>
>L. Richard Rawls, Esquire
>Palmieri, Tyler, Weiner,
>  Wilhelm & Waldron
>2603 Main Street, Suite 1300
>Irvine, California 92714-6228
>
>Bonnie A. Beavan, Esquire
>Bruce R. Parker, Esquire
>Goodell, DeVries, Leech & Gray, LLP
>One South Street, 20th Floor
>Baltimore, Maryland 21202
>
>Terri Steinhaus Reisken, Esquire
>Hogan & Hartson, LLP
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004-1109

_/s/ Richard A. Dean_
Richard A. Dean

276344.1D